**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------
JUSTIN CUMMINGS,

                       Plaintiff,

         v.                                  No. 1:09-CV-817
                                                  (FJS/DRH)

J.A. CARMAN TRUCKING COMPANY, INC.,

                       Defendant.
----------------------------------------------------------------

### JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT

       The Court has been advised by United States Magistrate Judge David R. Homer that the parties in the above-captioned case have reported to him that the case has been settled.  Counsel has also advised Judge Homer that no infant or incompetent is a party to this action.  Accordingly, pursuant to N.D.N.Y.L.R. 68.2(a), it is hereby

       **ORDERED** that:

            1. The above-captioned case is hereby **DISMISSED** in its entirety **without prejudice** to re-opening upon the motion of any party within thirty (30) days of the date of the filing of this order upon a showing that the settlement was not consummated;

            2. The dismissal of the above-captioned case shall become **with prejudice** on the thirty-first day after the date of the filing of this order <u>unless</u> any party moves to re-open this case within thirty (30) days of the date of the filing of this order upon a showing that the settlement was not consummated; and

       3. The Clerk shall forthwith serve this Judgment upon the attorneys for the

parties appearing in this action by electronic mail.


**IT IS SO ORDERED.**

DATED: April 22, 2010
Syracuse, New York

                                  Frederick J. Scullin, Jr.
                                  Senior United States District Court Judge